# EXHIBIT A

JOSEPH CHAIKEN & ASSOCIATES, P.C.      **Arbitration Matter**
Jerry Lyons, Esquire, Attorney I.D. No. 49543
1800 John F. Kennedy Boulevard, Suite 810
Philadelphia, Pennsylvania 19103           **ATTORNEY FOR PLAINTIFF**
(215) 564-1800

---

RON MITCHELL                  :
3123 N. Carlisle Street       :
Philadelphia, PA  19144      :
     vs.                :     TERM, 2020
CITY OF PHILADELPHIA     :
1515 Arch Street, 14th Floor  :
Philadelphia, PA  19102     :
     and               :
PHILADELPHIA REDEVELOPMENT AUTHORITY :
1234 Market Street, 16th Floor :
Philadelphia, PA 19107     :

---

### NOTICE TO DEFEND

#### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.
PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, PA  19107
(215) 238-6333
AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
ASSOCIATION DE LICENDIADOS DE FILADELFIA
SERVICIO DE REFERENCIA LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefona: (215) 238-6333
TTY: (215) 451-6197
Telephone: (215) 238-6333

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA**
**CIVIL TRIAL DIVISION**

| | | |
|---|---|---|
| RON MITCHELL | : | |
| 3123 N. Carlisle Street | : | |
| Philadelphia, PA 19144 | : | |
| vs. | : | TERM, 2020 |
| CITY OF PHILADELPHIA | : | |
| 1515 Arch Street, 14th Floor | : | |
| Philadelphia, PA 19102 | : | |
| and | : | |
| PHILADELPHIA REDEVELOPMENT AUTHORITY | : | |
| 1234 Market Street, 16th Floor | : | |
| Philadelphia, PA 19107 | : | |

**CIVIL ACTION COMPLAINT**
**2S Premises Liability - Slip & Fall**

1.     Plaintiff, Ronald Mitchell, is an adult individual and citizen of the City and

County of Philadelphia, Commonwealth of Pennsylvania, residing at the above captioned

address.

2.     Defendant, City of Philadelphia, Streets Department, is a municipal corporation

organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal

place of business located at the above captioned address.

3.     Defendant, Philadelphia Redevelopment Authority, is a municipal corporation

organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal

place of business located at the above captioned address.

4.     At all times material hereto, Defendants, individually and jointly and/or severally

did own, possess, control and maintain the open gate on the sidewalk along the east side of 17th

Street between Glenwood and Sedgley, Philadelphia, Pennsylvania and had a duty to inspect and

maintain the sidewalk in a reasonably safe condition, free of defects or other dangerous and

1

hazardous conditions.

5.     On or about December 25, 2018, Defendants individually, jointly and/or severally did allow to exist a dangerous and hazardous condition upon the sidewalk allowing an open gate on the sidewalk along the east side of 17th Street between Glenwood and Sedgley, Philadelphia, Pennsylvania, of an open and uncovered utility causing uneven levels and tripping hazards.

6.     On or about the aforementioned date, the Plaintiff was lawfully upon the aforementioned sidewalk, when he was caused to suddenly and without warning trip, stumble and fall because of the dangerous and hazardous condition, causing him to sustain severe, painful and permanent injuries and other damages more fully set forth hereinafter.

7.     The aforementioned fall was caused solely by the negligence and carelessness of the Defendants individually, jointly and/or severally, by:

    (a)     creating a hazardous and dangerous condition upon a public sidewalk;

    (b)     failing to warn the plaintiff of the aforementioned hazardous and dangerous condition upon the sidewalk;

    (c)     failing to properly inspect and maintain the sidewalk;

    (d)     allowing the hazardous and dangerous condition to exist for an unreasonable amount of time after having sufficient notice, or constructive notice, thereof;

    (e)     failing to erect barricades and/or post other warning devices at the location of the said hazardous and dangerous condition;

    (f)     failing to make timely and proper repairs of the sidewalk, after having notice, or constructive notice, thereof;

    (g)     allowing the sidewalk to remain broken, uncovered and uneven for an inordinate amount of time after having notice, or constructive notice, thereof;

    (h)     allowing the open and uncovered utility on the sidewalk for an inordinate amount of time after having notice, or constructive notice, thereof;

2

(i)     failing to repair the sidewalk and cover the open utility; and,

(h)     otherwise failing to exercise due care to remedy a dangerous
        condition after having reasonable notice, or constructive notice, thereof.

8.      As a direct result of the Defendants' carelessness and negligence, Plaintiff

sustained severe and permanent injuries to his body and nerves, loss of motion and functional

losses of body functions, contusion left elbow, trigger point injections, chronic posttraumatic

sprain/strain lumbar spine, chronic posttraumatic sprain, left elbow, all of which have caused her

and will continue to cause him great pain and permanent limitations, and have prevented him and

will continue to prevent him in the future from attending to his daily duties and occupation, all to

his great detriment and loss.

9.      As a further result of the Defendants' negligence and carelessness Plaintiff has

endured pain and suffering, loss of life's pleasures, embarrassment and humiliation,

disfigurement, medical bills and expenses in excess of $ 2,500.00, all to her great detriment and

loss.

10.     As a direct result of the aforesaid accident, Plaintiff will incur future medical bills

and expenses and losses.


WHEREFORE, Plaintiff, Ronald Mitchell, demands judgment against the Defendant City

of Philadelphia and Philadelphia Redevelopment Authority, individually, jointly and/or

severally, in an amount not in excess of Fifty Thousand ($50,000.00) Dollars.

3

JOSEPH CHAIKEN & ASSOCIATES, P.C.

**JERRY LYONS, ESQUIRE; ID 49543**
Attorney for Plaintiff
1800 JFK Boulevard-Suite 810
Philadelphia, PA 19103
(215) 564-1800

DATE: _____6/9/20_____

4

## VERIFICATION

RONALD MITCHELL, states that she is the Plaintiff in this action and verify that the facts upon which statements made in the foregoing complaint are based, to the best of their knowledge, information and belief, are true and correct . The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

*Ronald Mitchell*

**RONALD MITCHELL**

DATE: 5/02/20

5